UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ROSS,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>    Defendants. | Case No. 25-cv-07189 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a pretrial detainee at the Santa Clara County Jail, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against various individuals within Santa Clara County. Dkt. No. 1 at 2. On November 25, 2025, the Court dismissed the complaint with leave to amend and granted Plaintiff's motion for leave to proceed *in forma pauperis*. Dkt. Nos. 12, 13. The Court advised that failure to file an amended complaint within twenty-eight days of the order would result in this action being dismissed with prejudice for failure to state a claim for relief without further notice to Plaintiff. Dkt. No. 13 at 7.

The deadline has passed, and Plaintiff has failed to file an amended complaint in the time provided nor has had any further communication with the Court. Accordingly, this action is **DISMISSED** with prejudice for failure to state a claim.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: January 9, 2026

_____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.25\07189Ross_dism (no amend)